IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02415-BNB

R. THOMPSON,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

---

ORDER OF DISMISSAL

---

    On September 11, 2012, Plaintiff R. Thompson, acting *pro se*, initiated this action by submitting a Letter to the Court. Plaintiff is in the custody of the Arizona Department of Corrections and currently is incarcerated at the Arizona State Prison Complex in Phoenix, Arizona.

    On September 12, 2012, Magistrate Judge Boyd N. Boland entered an order instructing Plaintiff to file his claims on a current Court-approved form and to submit either the $350 filing fee in full or in the alternative a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boland also directed Plaintiff to submit a certified trust fund account statement for the six-month period immediately preceding the filing of this action. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed.  The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  18th  day of     October    , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court